# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
JAMES GREG COX, DIRECTOR OF
THE NEVADA DEPARTMENT OF
CORRECTIONS,
Respondent.

No. 67930



FILED

DEC 2 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus challenges certain actions by department of corrections staff regarding insurance policy proceeds and inmate mail. Having considered the petition and supporting documentation, we conclude that this court's intervention is not warranted. NRAP 21; NRS 34.160; *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]All pending motions are denied as moot.

cc: Percy Lavae Bacon
Attorney General/Carson City